UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| JONATHAN LEE RICHES, | ) | |
| --- | --- | --- |
| | ) | |
| Petitioner | ) | |
| | ) | |
| v. | ) | CAUSE NO. 3:08-CV-501 RM |
| | ) | |
| ANTONIN SCALIA, RUTH BADER | ) | |
| GINSBURG, SAMUEL ALITO, | ) | |
| STEPHEN BREYERS, CLARENCE | ) | |
| THOMAS, JOHN ROBERTS, | ) | |
| ANTHONY KENNEDY, JOHN PAUL | ) | |
| STEVENS, and DAVID SOUTER, | ) | |
| | ) | |
| Respondents | ) | |

## OPINION AND ORDER

This case is frivolous and deserves no further judicial time. *See* Lee v. Clinton, 209 F.3d 1025 (7th Cir. 2000), and Gladney v. Pendleton Correctional Facility, 302 F.3d 773, 774 (7th Cir. 2002) ("Sometimes, however, a suit is dismissed because the facts alleged in the complaint are so nutty ('delusional' is the polite word) that they're unbelievable, even though there has been no evidentiary hearing to determine their truth or falsity.") Therefore it is DISMISSED.

SO ORDERED.

ENTERED: November  17 , 2008

　　　　　　　　　　　　　　　　　　  /s/ Robert L. Miller, Jr.  
　　　　　　　　　　　　　　　　　　Chief Judge  
　　　　　　　　　　　　　　　　　　United State District Court